## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: A.J.A.M., A MINOR | : | No. 671 MAL 2023 |
| | : | |
| | : | |
| PETITION OF:  K.D.M., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.